UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROGER R. HAMBLEY,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

_____/

Case No. 1:15-cv-1297

HON. JANET T. NEFF

## ORDER APPROVING REPORT AND RECOMMENDATION

This is a civil action filed pursuant to 42 U.S.C. § 405(g).  Plaintiff filed an Unopposed Motion for Attorneys' Fees Under the Equal Access to Justice Act (Dkt 19).  The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on January 18, 2017, recommending that this Court grant the motion.  The Report and Recommendation was duly served on the parties.  No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).  Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the Magistrate Judge (Dkt 21) is APPROVED and ADOPTED as the opinion of the Court.

**IT IS FURTHER ORDERED** that the Unopposed Motion for Attorneys' Fees Under the Equal Access to Justice Act (Dkt 19) is GRANTED for the reasons stated in the Report and Recommendation.

**IT IS FURTHER ORDERED** that Defendant shall pay Plaintiff attorney fees in the amount of four thousand, six hundred twenty-eight dollars ($4,628.00).

Dated:  February 2, 2017

    /s/ Janet T. Neff
JANET T. NEFF
United States District Judge